IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROL LEHMKUHL, Individually and on
Behalf of All Others Similarly Situated                                 PLAINTIFF

v.                       No. 4:20-cv-518-DPM

TRAVEL NURSE ACROSS AMERICA,
LLC                                                                     DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 Dec. 2020